**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BENNY L. BLY**                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 4:06CV01590 SWW/BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                      **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 23rd day of January 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE